**Order entered August 8, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00297-CV

## JACKIE MENYWEATHER, Appellant

## V.

## JOAN ANTHONY, Appellee

### On Appeal from the County Court at Law No. 2
### Kaufman County, Texas
### Trial Court Cause No. 18C-001-2

## ORDER

Appellee's brief is signed by Sharon Gary as power of attorney for appellee. A power of attorney authorizes an individual to transact business for another; it does not authorize a person to act as a licensed attorney, representing individuals in proceedings in court. *See Harkins v. Murphy & Bolanz*, 112 S.W. 136, 138 (Tex. Civ. App.—Dallas 1908, writ dism'd); BLACK'S LAW DICTIONARY 1013 (9th ed.). In Texas, an individual may represent another in state court only if licensed as an attorney in Texas or authorized under rules promulgated by the Texas Supreme Court. *See* TEX. GOV'T CODE ANN. § 81.012 (West 2013); *Paselk v. Rabun*, 293 S.W.3d 600, 606 (Tex. App.—Texarkana 2009, pet. denied) ("layperson does not have right to represent others"). Gary is neither licensed in Texas nor authorized under court rules. Accordingly, we **STRIKE** appellee's brief. Appellee may file any brief pro se or through counsel no later than September 17, 2018.

/s/ DAVID EVANS
   JUSTICE